

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2022

No. 04-22-00718-CV

**IN THE INTEREST OF J.C.M. AND R.M.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00503
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on December 19, 2022. On December 19, 2022, appellant filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. Tex. R. Jud. Admin. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

The motion is GRANTED, and appellant's brief must be filed **no later than January 9, 2023**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

It is so **ORDERED** December 20, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT